391 A.2d 698

Commonwealth v. Shaw, Appellant.

Argued March 20, 1975. R. Walton, Assistant Defender, with him Vincent J. Ziccardi, Defender, for appellant; H. Spaeth, Assistant District Attorney, with him F.

Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.